John W. Haaren, Respondent, *v.* Henry Hawkes, Impleaded, Etc., Appellant.

Appeal from judgment upon verdict directed by the court.

Sidney H. Stuart, for appellant.

Appell & Reid (Albert J. Appell, of counsel), for respondent.

Hascall, J. No sufficient ground appears for disturbing the record in this case.

Judgment appealed from should be affirmed, with costs.

Present: Fitzsimons, Ch. J., Hascall and O'Dwyer, JJ.

Judgment affirmed, with costs.

---

Henry E. Bowns, Appellant, *v.* Samuel Stewart, Respondent.

Appeal from a judgment, after a trial before the court without a jury, in favor of the defendant, dismissing the complaint, with costs.

James L. Bishop, for appellant.

John H. Rogan, for respondent.

*Per Curiam.* The question involved in this case has been passed upon by the Appellate Term. See 28 Misc. Rep. 475.

Judgment appealed from affirmed, with costs.

Present: McCarthy and Schuchman, JJ.

Judgment affirmed, with costs.